STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Jason M. Welborn
Welborn & Hargett
1031 Camellia Blvd
Lafayette LA 70508

Judgment on rehearing rendered and mailed to all parties or counsel of record on April 15, 2026

**REHEARING ACTION: April 15, 2026**

**Docket Number: 25   00321-CA consolidated with 322-CA**

**KEVIN DWAYNE MANUEL**
**VERSUS**
**JAY O. CORTEZ, ET AL.**

**Appealed from St. Landry Parish Case No. 21-C-2852-A, c/w 21-C-4160-D**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. Gary J. Ortego**
    **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kevin Dwayne Manuel** has this day been

    **DENIED.**

cc: David Oliver Way, Counsel for the Appellee
    Jessica N. Clement, Counsel for the Appellee
    Robert Irwin Siegel, Counsel for the Appellant
    Michael J. Remondet, Jr., Counsel for the Appellant
    Donald Guidry, Jr., Counsel for the Appellant